# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**D.C. KING, A.Y. MARKS, B.T. PALMER**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**JOSEPH C. MILLER**
**INTELLIGENCE SPECIALIST SECOND CLASS (E-5), U.S. NAVY**

**NMCCA 201500415**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 24 September 2015.
**Military Judge**: CAPT Robert J. Crow, JAGC, USN.
**Convening Authority**: Commanding Officer, Navy Information Operations Command, Pensacola, FL.
**Staff Judge Advocate's Recommendation**: LCDR Katherine Worstell, JAGC, USN.
**For Appellant**: CAPT Bree A. Ermentrout, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**28 January 2016**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority.  Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).  The supplemental court-martial order will reflect a plea and finding of guilty as to the specification under Charge V.

For the Court

R.H. TROIDL
Clerk of Court